## Stamey, Appellant, *v.* Dunmire.

Argued Oct. 18, 1904. Appeal, No. 23, Oct. T., 1904, by plaintiffs, from judgment of C. P. Indiana Co., June T., 1903, No. 145, on verdict for defendant in issue framed between W. H. Stamey, J. C. King and E. D. Carter as plaintiffs and Solomon Dunmire as defendant. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ, Affirmed.

OPINION BY MR. JUSTICE BROWN, April 10, 1905:

The questions raised by the assignments of error in this case are the same as those raised in Stamey et al. v. Barkley, 211 Pa. 313, in which we have this day filed an opinion affirming the judgment below, and, for the reasons therein given, this judgment is affirmed.

